# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  WILLIAM J. NARINGS  
        4408 W. SHORE DRIVE  
        MCHENRY, IL  60050  

SSN-xxx-xx-8120

Case Number: 05-73232

Case filed on: 6/28/2005  
Plan Confirmed on: 8/19/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $13,428.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
|  | Total Legal | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
| 999 | WILLIAM J. NARINGS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | FIFTH THIRD BANK | 34,781.79 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 34,781.79 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 15,519.64 | 15,519.64 | 3,929.45 | 0.00 |
| 005 | LVNV FUNDING LLC | 19,811.91 | 19,811.91 | 5,016.21 | 0.00 |
| 006 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 9,942.82 | 9,942.82 | 2,517.43 | 0.00 |
|  | Total Unsecured | 45,274.37 | 45,274.37 | 11,463.09 | 0.00 |
|  | Grand Total: | 81,156.16 | 46,374.37 | 12,563.09 | 0.00 |

Total Paid Claimant: $12,563.09  
Trustee Allowance: $864.91  
Percent Paid Unsecured: 25.32

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008    By  /s/Heather M. Fagan